1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAMIEN LEE DAVIS,                          No.  2:15-cv-2379 CKD P

12                    Petitioner,

13         v.                                     ORDER

14    F. FOULK, et al.,

15                    Respondent.

16

17         Petitioner, a state prisoner at High Desert State Prison, has filed a motion seeking an

18    extension of time to file a petition for writ of habeas corpus.  No other pleadings have been filed

19    by the petitioner.  In order to commence an action, petitioner must file a petition for writ of

20    habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner

21    must either pay the required filing fee or file an application requesting leave to proceed in forma

22    pauperis.  See 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or

23    denying relief until an action has been properly commenced.  Therefore, petitioner's motion will

24    be denied without prejudice.  Petitioner will be provided the opportunity to file his petition, and to

25    submit an application requesting leave to proceed in forma pauperis or to submit the appropriate

26    filing fee.

27         In accordance with the above, IT IS HEREBY ORDERED that:

28         1.  Petitioner's November 16, 2015 motion is denied without prejudice;

1

1    2.  Petitioner is granted thirty days from the date of service of this order to file a petition

2  that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal

3  Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket

4  number assigned this case; petitioner must file an original and two copies of the petition.

5  Petitioner shall also submit, within thirty days from the date of this order, the application to

6  proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the

7  amount of $5.00.  Petitioner's failure to comply with this order will result in a recommendation

8  that this matter be dismissed; and

9    3.  The Clerk of the Court is directed to send petitioner the court's form for filing a

10  petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

11  Dated:  November 24, 2015

12  _____
    CAROLYN K. DELANEY
13  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18  2/md; davi2379.Nopetition

19

20

21

22

23

24

25

26

27

28

2